JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STEPHANIE E. RUIZ,<br><br>   Plaintiff,<br><br> vs.<br><br>SOUTHWEST ANSWERING SERVICE, INC., S.W. CORPORATION, and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.: 8:23-cv-01769-FWS-ADS<br><br>**JUDGMENT** |

  In this case, Plaintiff Stephanie E. Ruiz ("Plaintiff") asserts claims against Defendant Southwest Answering Service, Inc. ("SAS") and Defendant S.W. Corporation ("S.W.") (together, "Defendants"). (*See generally* Dkt. 28 (First Amended Complaint).) This matter came before the court on SAS' Motion for Summary Judgment. (Dkt. 55.) On December 19, 2024, the court granted the Motion for Summary Judgment. In addition, at the hearing on the Motion for Summary Judgment, Plaintiff confirmed that she is not pursuing any claims against S.W.

  In accordance with the Order granting SAS' Motion for Summary Judgment,

the court **ENTERS JUDGMENT** in this case in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing on her claims against Defendants in this case.

    **IT IS SO ORDERED.**

Dated:  December 20, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE